IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BOYLE LEHIGH, INC. D/B/A BADCOCK HOME
FURNITURE & MORE; AND CROSSROADS
SHEDS, INC.,

                                                              Case No.:

    Plaintiff(s),

v.

ALLIED INSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, ALLIED INSURANCE COMPANY OF AMERICA ("ALLIED"), by and through its undersigned counsel, hereby files its Notice of Removal of this cause to the United States District Court for the Middle District of Florida, Fort Myers Division, and states as grounds for such removal the following:

1. On September 11, 2023, Plaintiffs, BOYLE LEHIGH, INC. D/B/A BADCOCK HOME FURNITURE & MORE and CROSSROADS SHEDS, INC. (hereafter "PLAINTIFFS"), filed this action in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, Case No. 2023-CA-010480 ("State Action").

2. On September 26, 2023, ALLIED was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C.

§ 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

A. Plaintiffs' Civil Cover Sheet with Demand for Jury Trial;

B. Plaintiffs' Complaint;

C. Summons;

D. Plaintiffs' Notice of Appearance and Designation of E-mail Address;

E. Plaintiffs' Notice of Filing correspondence dated September 11, 2023;

F. Plaintiffs' Notice of Service of First Set of Interrogatories to Defendant;

G. Plaintiffs' First Set of Interrogatories to Defendant;

H. Plaintiffs' First Request for Production to Defendant;

I. Standing Order in Circuit Civil Cases in the Twentieth Judicial Circuit;

J. Judicial Memorandum Re: Hurricane Ian damage disclosure filed September 19, 2023;

K. Defendant's Notice of Appearance of Counsel;

L. Notice of Service of Process by Chief Financial Officer for Defendant;

M. Defendant's Motion for Extension of time to Respond to Plaintiffs' Complaint;

N. October 16, 2023, cover letter to Court with proposed Agreed Order;

O. October 16, 2023, Agreed Order on Defendant's Motion for Extension of Time;

P. Defendant's Notice of Removal to Opposing Counsel;

Q. Defendant's Certification and Notice of Filing Notice of Removal;

3. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Fort Myers Division, the court for the district and division which embraces the state court where the removed State Action was pending and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

## DIVERSITY OF CITIZENSHIP

4. At the time of the lawsuit and the filing of this Notice or Removal, there was and still is complete diversity between PLAINTIFFS and ALLIED.

5. For purposes of determining diversity of citizenship, a corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center'").

6. At all times material to this action, ALLIED was and is incorporated

in the State of Ohio with its principal place of business in the State of Ohio. Accordingly, ALLIED is a citizen of Ohio. ALLIED is not a citizen of or incorporated in any other state.

7. At all times material to this action, PLAINTIFFS were and are incorporated in the State of Florida with their principal places of business in the State of Florida. Accordingly, PLAINTIFFS are citizens of Florida, and are not citizens of or incorporated in any other state. *See* Complaint at ¶ 1; s*ee also* PLAINTIFFS' 2023 Annual Report attached hereto as **Composite Exhibit "2."**

8. Thus, complete diversity exists between the parties in in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

9. ALLIED issued insurance policy No. ACP 3048795966 to PLAINTIFFS, for the property located at 4110 Lee Boulevard, Lehigh Acres, Florida 33971. *See* Complaint at ¶6.

10. PLAINTIFFS sued ALLIED for breach of contract pursuant to the terms of the subject policy, contending that ALLIED failed to pay insurance proceeds for damages sustained to the subject property. *See* Complaint at ¶11.

11. Prior to filing the State Action, PLAINTIFFS submitted an estimate and Sworn Statement in Proof of Loss to ALLIED in support of its damages

claimed to the subject property, totaling $309,351.85. *See* **Composite Exhibit "3"**.

12. Prior to the filing of the State Action, ALLIED issued payments to PLAINTIFFS totaling $9,006.18, after application of the $18,156 policy deductible.

13. On August 17, 2023, PLAINTIFFS filed a Notice of Intent to Litigate requesting payment for $335,008.00. *See* **Composite Exhibit "3"**.

14. At the time of the lawsuit, PLAINTIFFS submitted an estimate to ALLIED in the total amount of $309,351.85. *See* **Composite Exhibit "3"**.

15. Thus, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

16. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as PLAINTIFFS and ALLIED are citizens of different states and the amount in controversy exceeds the $75,000.00 threshold, exclusive of interest and costs.

17. ALLIED has noticed the adverse party, BOYLE & BOYLE, of this Removal by notifying Plaintiffs' attorney of record. *See* **Composite Exhibit "1."**

18. ALLIED has filed a written notice with the Clerk of the Court of the Twentieth Judicial Circuit in and for Lee County, Florida in compliance with 28 U.S.C § 1446 (d). *See* **Composite Exhibit "1"**.

WHEREFORE, Defendant, ALLIED INSURANCE COMPANY OF

AMERICA, respectfully requests that this Court exercise jurisdiction over this matter.

        BUTLER WEIHMULLER KATZ CRAIG LLP

        */s/ Julius Matusewicz*

        THOMAS A. KELLER, ESQ.
        Florida Bar No.: 0153354
        tkeller@butler.legal
        JULIUS MATUSEWICZ, ESQ.
        Florida Bar No.: 1008338
        jmatusewicz@butler.legal
        Secondary: shayes@butler.legal
        400 North Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone: (813) 281-1900
        Facsimile: (813) 281-0900
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

        Grant W. Krapf, Esq.
        Geoffrey M. Schuessler, Esq.
        Krapf Legal, P.A.
        2790 Sunset Point Road
        Clearwater, FL 33759
        *Counsel for Plaintiff*

        */s/ Julius Matusewicz*

        JULIUS MATUSEWICZ, ESQ.