IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

BOYLE LEHIGH, INC. D/B/A BADCOCK
HOME FURNITURE & MORE; and
CROSSROADS SHEDS, INC.,
    Plaintiffs,

v.                                            CASE NO:

ALLIED INSURANCE COMPANY OF
AMERICA,
    Defendant.
_____/

## COMPLAINT

COME NOW the Plaintiffs, **BOYLE LEHIGH, INC. D/B/A BADCOCK HOME FURNITURE & MORE; and CROSSROADS SHEDS, INC.** (hereinafter "Plaintiffs"), by and through the undersigned attorney, hereby file this Complaint against the Defendant, **ALLIED INSURANCE COMPANY OF AMERICA** (hereinafter "Defendant"), and as grounds therefore, state as follows:

### General Allegations

1. At all times relevant hereto, the Plaintiffs are residents of the State of Florida, residing in Lee County.

2. At all times relevant hereto, Defendant is an insurance company organized and existing under the laws of the State of Florida and doing business specifically in Lee County with Plaintiffs.

3. The amount in controversy in this action is greater than Fifty Thousand Dollars ($50,000.00) exclusive of pre-judgment interest, court costs, and attorney's fees

### Count I-Breach of Contract

4. Plaintiffs re-allege each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

5. This is an action for damages for breach of insurance contract against Defendant.

6. In consideration of the premium paid to it, Defendant issued to Plaintiffs a contract of insurance, Policy Number **ACP 3048795966**, which was in full force and effect at the time of the loss and damage at the insured premises at **4110 Lee Boulevard, Lehigh Acres, Florida 33971** (hereinafter "Insured Property"). Attached hereto as **Exhibit "A"** is what Plaintiffs believe to be a correct and complete copy of the policy which underlies this action.

7. During the effective period of the insurance policy, the Insured Property suffered direct physical damage and loss caused by Hurricane Ian – a peril for which the policy of insurance issued by Defendant provides coverage.

8. The sudden and unexpected loss caused Plaintiffs to sustain loss to the covered structure and its roof as well as the interior of the Insured Property.

9. The sudden and unexpected loss caused Plaintiffs to incur additional expenses and will continue to cause expenses and loss.

10. Plaintiffs have made a timely claim for the damage and loss. Defendant assigned Claim Number **821996-GN**.

11. Plaintiffs have requested that Defendant pay for damages, but Defendant has failed and refused and continues to refuse to fully pay.

12. The Plaintiffs have done and performed all those matters and things properly required under the insurance policy or, alternatively, have been excused from performance by the acts and/or omissions of Defendant.

13. Notwithstanding the foregoing, Defendant has failed or refused to provide full coverage under the insurance policy and has failed to pay promptly the full amounts due and has thereby breached the contract of insurance.

14. As a direct result of Defendant's breach of insurance contract, Plaintiffs have been financially damaged and continue to suffer damage and loss.

15. As a result of Defendant's breach of the insurance contract, it has become necessary for Plaintiffs to incur and become obligated for attorney's fees and costs in connection with the prosecution of

this action. Plaintiffs are entitled to have Defendant pay said fees and costs owed under Florida law.

### Count II-Breach of Florida Statute § 627.444

16. Plaintiffs re-allege each and every allegation set forth in Paragraphs 1 through 6 above, as if fully set forth herein.

17. Plaintiffs made a claim for coverage as discussed above more fully, and Defendant assigned Claim Number **821996-GN** to the claim that is the subject of this lawsuit.

18. On **August 4, 2023**, Plaintiffs sent a Letter of Representation and request for Loss Run Statement to Defendant pursuant to Florida Statute § 627.444. Attached hereto as **Exhibit "B"**.

19. Defendant has failed to provide any documentation in response complying with the Letter of Representation and request for Loss Run Statement.

20. Defendant's failure to provide documentation related to Claim Number **821996-GN** constitutes a breach of Florida Statute § 627.444, and therefore, a breach of the policy pursuant to *Westside EKG Assocs. v. Found. Health*, 932 So. 2d 214, 216 (Fla. 4th DCA 2005), approved, 944 So. 2d 188 (Fla. 2006) (citing *Northbrook Prop. & Cas. Ins. Co. v. R & J Crane Serv., Inc.*, 765 So.2d 836 (Fla. 4th DCA 2000); *Grant v. State Farm Fire and Cas. Co.*, 638 So.2d 936 (Fla.1994); *P.C. Lissenden Co. v. Bd. of Cty. Comm'rs of Palm Beach*, 116 So.2d 632 (Fla.1960); *Citizens Ins. Co. v. Barnes*, 98 Fla. 933, 124 So. 722 (1929).

21. As a direct result of Defendant's breach, Plaintiffs request an award of nominal damages and/or specific performance.

22. As a result of Defendant's breach, it has become necessary for Plaintiffs to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiffs are entitled to have Defendant pay said fees and costs owed under Florida law.

**WHEREFORE**, the Plaintiffs pray this Court enter judgment in Plaintiffs' favor and against Defendant for damages including actual and compensatory damages, pre-judgment interest, costs of this action, attorney's fees, and such other and further relief as this Court may deem appropriate.

## JURY TRIAL DEMANDED

Plaintiffs request a trial by jury on all issues so triable.

Dated: September 11, 2023

                                            Respectfully submitted,

                                            KRAPF LEGAL, P.A.

                                            <u>/s/ Grant W. Krapf, Esq.</u>
                                            GRANT W. KRAPF, ESQ.
                                            FBN: 072058/SPN: 01287297
                                            GEOFFREY M. SCHUESSLER, ESQ.
                                            FBN: 85384
                                            2790 Sunset Point Road
                                            Clearwater, FL 33759
                                            Telephone: (727) 777-7450
                                            E-mail for service: assist@krapflegal.com
                                            *Counsel for Plaintiff(s)*